...ISED BY FEDERAL PRISONER IN FILING A PETITION FOR WRIT OF HABEAS

UNDER 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

**FILED**

MAY 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEBERT A. GORDON
_____
Petitioner
REG. NO. 02143-000
USP HAZELTON
P.O. BOX 2000
BRUCETO N MILL, W.V. 26525
_____
(Full name under which you were convicted;
prison number; and full mailing address.)

Vs.

Case: 1:07-cv-00809
Assigned To : Bates, John D.
Assign. Date : 05/03/2007
Description: PRO SE GEN. CIVIL

JOE DRIVER, WARDEN
_____
Respondent
OR OTHER FUTURE WARDEN
P.O. BOX 450
SKYVIEW DRIVE
BRU CETON MILLS, W.V. 26525
_____
(Name of Warden or other authorized person
having custody of petitioner.)

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.
ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1.    This petition concerns: (Check appropriate blank.)

[ X ]    a conviction

[ ]    a sentence    (CAUTION:    If you are attacking a sentence imposed under a federal
judgment, you must first file a direct motion under 28
U.S.C. § 2255 in the federal court which entered the
judgment.)

[ ]    jail or prison conditions

[ ]    prison discipline

[ ]    a parole problem
[ X ]    other.    State briefly:

**RECEIVED**

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"Liberty Interest" to be in Lower Custody.

2.    Place of detention: United States Penitentiary-Hazelton,

Bruceton Mills, West Virginia 26525

3.    Have you filed previous petitions for habeas corpus, motions under 28:2255, or any other applications, petitions or motions with respect to this conviction?

☐ X ☐ Yes        ☐ ☐ No

If your answer above is "Yes," give the following information:

a.    Name of Court: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

b.    Nature of Proceeding: Proper calculation of Institutional Good Time Credit.

c.    Grounds raised: Petitioner sought the proper calculation and deduction of his earned Good Time Credit after completion of his 20 years Mandatory Minimum Sentence to be applied to his remaining non-mandatory aggregated minimum sentence of 50 years to Life.

d.    Result: Pending Transfer to the Federal District Court of Northern, Va.

e.    Date of Result: Pending

f.    Citation or number of any written opinion or order entered pursuant to each such disposition:

Pending

4.    If you did not file a motion under Section 2255 of Title 28, U.S.C., or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: This is an avenue specifically available to Federal prisoners with a one year limitation. I am a D.C. prisoner sentenced out of the Superior Court for the District of Columbia. Thus, my use of this §2241 remedy is to challenge the Constitutional legality of my detention.

5.    Are you presently represented by counsel?    ☐ ☐ Yes    ☐ X ☐ No

If so, name, address and phone number of counsel: _____

2

6.   Name and location of court which imposed sentence: THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA, 500 INDIANA AVENUE, NORTHWEST, WASHINGTON, D.C. 20001

7.   Indictment or case number, if known: F-6524-85

8.   Offense or offenses for which sentence was imposed: COUNTS H,I,J,K-MURDER IN THE FIRST DEGREE WHILE ARMED AND COUNTS L,M,N-ASSAULT WITH INTENT TO KILL WHILE ARMED.

9.   Date upon which sentence was imposed and the terms of the sentence: COUNTS H,I,J,K, WAS SENTENCED ON OCTOBER 22, 1987 to 20-to-LIFE AND L,M,N ON APRIL 23, 1987 to 24-to-75 YEARS.

10.  When was a finding of guilty made? (Check one.)

     [    ] After a plea of guilty

     [ X ] After a plea of not guilty

     [  — ] After a plea of nolo contendere

11.  If you were found guilty after a plea of not guilty, was that finding made by:

     [ X ] A jury

     [    ] A judge without a jury

12.  Did you appeal from the judgment of conviction or the imposition of sentence?

     [ X ] Yes        [    ] No

13.  If you did appeal, give the following information for each appeal:

     a.  Name of Court: DISTRICT OF COLUMBIA COURT OF APPEALS

     b.  Result: AFFIRM

     c.  Date of Result: MARCH 28, 1995

     d.  Citation or number of opinion: 87-CF-1251 & 91-CF-1288

     e.  Grounds raised: (List each one.)

         1). The Court erred in denial to suppress evidence; 2). Motion for New Trial based on Juror failure to disclose "Voir Dire" was improperly

denied; 3). Trial Court erred in failure to excuse Juror during trial; and 4). Government committed "Brady" violation for failure to disclose criminal proceedings in another state against Government Witnesses.

Note: If you appealed more than once, attach an additional sheet of the same size and give all the information requested above in question No. 13, a through e. Do not write on the reverse of pages.

14.   State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a.   Ground one:   **Faulty and Missing Records**

Supporting FACTS:   (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts, not conclusions, in support of your grounds. A rule of thumb to follow is – who did exactly what to violate your rights at what time or place.)

**[SEE ATTACHED MEMORANDUM OF LAW IN SUPPORT OF WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2241 ET. SEQ.]**

b.   Ground two:   **Liberty Interest To Be Housed In Lowest Security Facility Possible.**

Supporting FACTS:   **[SEE ATTACHED MEMORANDUM OF LAW IN SUPPORT OF WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2241 ET. SEQ.]**

c.   Ground three:   **False Imprisonment/Unlawful Confinement**

Supporting FACTS: [SEE ATTACHED MEMORANDUM OF LAW IN SUPPORT OF WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2241 ET. SEQ.]

15.   RELIEF:     State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

WHEREFORE, petitioner prays that this Honorable Court will grant petitioner relief to which he may be entitled in this proceeding, and any other relief this Honorable Court deems just and proper in the Interest of Justice.

Signed this ___13th___ day of _____April_____, 20_07_.
　　　　　　　Day　　　　　　　　　　Month　　　　　　　Year

_Lebert A. Gordon_
Signature of Petitioner
LEBERT A. GORDON, PRO-SE

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _April 13th, 2007_.
　　　　　　(Date)

_Lebert A. Gordon_
Signature of Petitioner
LEBERT A. GORDON, PRO-SE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LEBERT A. GORDON,  )
       )
  PETITIONER,  )
       )   CIVIL ACTION:_____
v.       )
       )  ( In re: F-6524-85 )
JOE DRIVER, WARDEN,  )
       )
  RESPONDENT.  )
_____  )

## MEMORANDUM OF LAW IN SUPPORT OF

## WRIT OF HABEAS CORPUS PURSUANT TO

## 28 U.S.C. § 2241 ET SEQ.

  This memorandum of law in support of the accompanying for writ of habeas corpus pursuant to 28 U.S.C. § 2241 et seq., is submitted by the Petitioner Lebert A. Gordon, (hereinafter referred to as the "Petitioner"), acting pro-se, and reflects his sincere belief that a writ of habeas corpus should be issued in that he is being continuously deprived of his rightful liberty by virtue of a violation of his constitutional rights to be free from false imprisonment, due process, equal protection of the law, and the Sixth Amendment to the United States Constitution.

  As such, the petitioner states that this action does have merit. Petitioner is left with no other alternative than to seek collateral relief from the violations described herein, which he

(1)

in good-faith believes represent a level of constitutional infirmity that authorizes this Court to accept this action for review.

## I.

## AUTHORIZATION FOR SUBMISSION OF

## SECTION 2241 ACTION/GENERALLY

A collateral action pursuant to 28 U.S.C. § 2241, (also known as petition for writ of habeas corpus), is essentially a civil lawsuit filed by a federal /D.C. prisoner to challenge the legality of his custody in situations where a motion and/or any other petition would be ineffective and/or inadequate to test the legality of petitioner's detention.

A habeas corpus petition, by definition, seeks a form of relief, (other than money damages), such as immediate or accelerated release from confinement, or a change in improper prison conditions. As such, federal habeas corpus relief under Section 2241 is available to anyone held "in custody in violation of the Constitution, laws or treaties of the United States." Id. 28 U.S.C. § 2241(c)(3).

## CUSTODY AND VENUE:

The Petitioner states that he is a prisoner currently incarcerated at the United States Penitentiary-Hazelton located at 450 SKYVIEW Drive, Bruceton Mills, WV 26525, where he is serving a sentence of confinement.

The petitioner further states that the United States Penitentiary-Hazelton in Bruceton Mills, West Virginia is located within the jurisdictional parameters of the United States District Court for the Northern District of West Virginia, this, venue is properly before this Court.

(2)

## STATEMENT OF PARTIES

Petitioner resides at the United States Penitentiary (USP) Hazelton since May 18, 2005.  Joe Driver is the current Warden of U.S.P. Hazelton and Warden Martinez is acting currently in his stead while he's on sick leave.  Their address is Post Office Box 450, SKYVIEW Drive, Bruceton Mills, West Virginia 26525.

## JURISDICTION

This Court is granted authority and jurisdiction under Title 28 U.S.C., Section §2241 which states: "Federal Courts have jurisdiction to entertain a state prisoner's Habeas Corpus petition if his confinement is the result of a violation of Federal Law.  Such a petition may be filed in the district court for the district in which the prisoner is incarcerated or that in which he/she was convicted and sentenced." Petitioner is a District of Columbia prisoner, sentenced in the Superior Court for the District of Columbia.

Further, Warden Joe Driver in whose custody petitioner resides is an agency (officer and employee) of the United States Government, United States Department of Justice, Federal Bureau of Prisons whose Central Office is located at 320 First Street, N.W., Washington, D.C. 20534 which does fall within the District of Columbia's Long-arm Statute that exercises over individual jurisdiction based upon D.C, Code "Long-arm" Statute at D.C. Code §13-423 (2000).  Thus jurisdiction of this Honorable Court does apply here-in.

(3)

## ADMINISTRATIVE REMEDIES

While there is a judicially created exhaustion requirement with respect to section 2241, exceptions to the exhaustion requirement are appropriate where the attempt to exhaust such remedies would be patently futile.  See Fuller v. Rich, 11 F.3d 61, 62 (5th Cir. 1994).  Also, as noted in Moreland v. The Federal Bureau of Prisons, 363 F.Supp. 2d 882, 887 (S.D. Tex. March 8th, 2005):  "The Bureau contends that Moreland had failed to exhaust her administrative remedies.  This contention has no merit, because 'the exhaustion requirement' of 42 U.S.C. §1997e(a) do not apply to a properly filed section 2241 petition...  In light of the Bureau's established policy, it would be patently futile to require Moreland to continue seeking an administrative remedy."  See also, Mayberry v. Pettiford, 74 Fed. Appx. 299, 299 (5th Cir. 2003)(unpublished) and Davis v. Gechtel, 150 F.3d 486, 487 (5th Cir. 1998).  Thus, petitioner's filing of a §2241 Habeas Corpus in this regards is properly filed.

### GROUND ONE: FAULTY AND MISSING RECORDS

### STATEMENT OF FACTS

On or about October 2006, petitioner requested and was granted by all U.S.P. Hazelton's Administrative Staff a recommendation for transfer to a Lower Custody Facility.

Petitioner's Unit Team Member, Case Manager Davis informed petitioner that additional information was requested by Designation and Sentence Computation Center (DSCC) and that they (DSCC) had requested a copy of petitioner's Presentence Report (P.S.I.),

Judgment and Commitment Orders (Face Sheet) and a Progress
Report. Later, DSCC requested additional information on
Counts H,I,J,K listed on B.O.P's Sentence Computation Data
Sheet dated 01-30-2007 Exhibit #1 as a charge of Murder in
the first Degree and indicating that petitioner's P.S.I.
made no reference to these charges, nor do their records
contain any information on this charge.

Case Manager Davis attempts to locate information on these
counts and charge lead him to inquiry with the D.C. Superior
Court for the District of Columbia which had no records as
well. Case Manager Davis also asked petitioner for any records
he had in his possession. Petitioner was given a Legal Call
to his then attorney, Ms. Jenifer Wicks, Esq. who Faxed all
available records pertaining to this count to Case Manager
Davis. This information was forwarded to DSCC and deemed
insufficient. As a result, this request by U.S.P. Hazelton
Warden at this time, Al Haynes was denied by DSCC on October
31, 2006.

On November 29, 2006, petitioner submitted an Inmate
Request to Staff to the attention of newly assigned Warden
Joe Driver inquiring as to a reason for a denial of the
Institutional transfer request by DSCC (See attached Exhibit
#2).

On December 21, 2006, petitioner received a Response
to Inmate Request to Staff Member from Warden Driver citing
the same reasons petitioner had already learned from his Case

(5)

Manager (See attached Exhibit #3).

On January 2, 2007, after a brief conversation with Warden Driver where-in petitioner expressed the unfairness deprivation of DSCC's denial due to petitioner's missing records and their (DSCC) intrinsic policy that a one year period is required before another request for transfer can be initiated by the institution on behalf of petitioner and entertained by DSCC for consideration. As well as, the fact that the missing records will still be missing after a year. Petitioner was directed by Warden Driver to submit another Inmate Request to Staff dated January 2, 2007, Exhibit #4, which produced the result as indicated in the Disposition section of Inmate Request to Staff dated 1/2/07: "I have written a personal letter to the Court." This letter was sent to the Honorable Reggie B. Walton, my then Superior Court Judge and now a Federal Judge for the District of Columbia.

On April 5, 2007, petitioner received a letter from the Superior Court of the District of Columbia, Washington, D.C. with the contents - the original letter written by Warden Driver dated January 5, 2007, Exhibit #5 and only one copy of a Judgment and Commitment Order dated 9-23-91, Exhibit #6 and signed by Judge Harold L. Cushenberry whom was not petitioner's Judge of record for that proceeding. Further, the copy of the Judgment and Commitment Order (Exhibit #6) has a True Copy Test stamp dated 3-22-07, a raised seal not readily apparrent in

(6)

photo-copy and signed by a Deputy Clerk Shepherd.  This Judgment and Commitment Order dated 9-23-91 is not of the missing information requested on Counts H,I,J,K, but rather of Counts L,M,N - Assualt with Intent to Kill While Armed some six (6) years into my incarceration for this on-going present offenses and sentence.

Petitioner here-in asserts that he was convicted on April 23, 1987 on Counts L,M,N and on October 22, 1987 on Counts H,I,J,K.  This document forwarded from the Superior Court for the District of Columbia, petitioner's sentencing Court, gives the appearance of impropriety in an attempt to cover-up the lost of records it was bound to store under §11-901: "The District of Columbia of General Sessions, the Juvenile Court of the District of Columbia, and the District Tax Court are consolidated in a single court to be known as the Superior Court of the District of Columbia (hereafter in this title referred to as the 'Superior Court'.  The Superior Court shall be a court of record in the District of Columbia and shall have a single seal."

This action has prejudiced petitioner in that it caused the loss of the ability to verify records that are currently causing adverse effect to this petitioner, such as; [A] Higher Custody Level than warranted, [B] inability to challenge alleged sections of the records, [C] inability of authorities to verify sections relied upon in their adverse findings (decisions), and [D] adversely affecting possible Sentence and Parole Decisions.

For these reasons, petitioner prays that this Honorable

(7)

Court cause an investigation into the faulty document and missing records and if it so deems cause a remand for resentencing and/or retrial.

### GROUND TWO: LIBERTY INTEREST TO BE HOUSED IN THE LOWEST SECURITY FACILITY POSSIBLE.

### STATEMENT OF FACTS

Petitioner has a "Liberty Interest" to be housed in the lowest security facility possible which is commencery with his security level.  Petitioner respectfully challenge his custody level placement due to a protected "Liberty Interest" created by B.O.P. Policy Statement 5322.012 and 5100.08 and B.O.P.'s failure to locate any records showing that petitioner is a threat of escape or bodily harm to himself and others.

Petitioner points to the letter written by Warden Driver Exhibit #5 in his correspondence to the Court expressingly showing no reason for petitioner's current custody level assigment.

Petitioner asserts that he can provide at request viable information in proof that he is a Model Prisoner who have incurred no disciplinary reports over his 22 years plus incarceration.  As well as, his Superior Educational Programming with obtaining two (2) University Degrees and an excessive amount of institutional programming achievements.

Further, petitioner is prejudiced by the B.O.P's current practice of giving DSCC the autonomy to decide prisoner's in their physical custody ultimate condition of their confinement.

(8)

This practice does not permit for the incidents when an exceptional circumstances, such as petitioner's lost records requires the flexibility to allow a prisoner who has met all other B.O.P.'s requirements to recieve the custody placement he/she has earned.

For these reasons, petitioner prays this Honorable Court Order the B.O.P. to transfer him to the already requested and granted suitable housing at F.C.I. Farenton - a lower custody level facility and is the closest in proximity to his release destination in the Northeast Region of Norristown, Pennsylvania.

## GROUND THREE: FALSE IMPRISONMENT/UNLAWFUL CONFINEMENT

### STATEMENT OF FACTS

Petitioner, in addition would like to here-in note to this Honorable Court some underlying facts which needs the attention of the Court.

Petitioner had to learn from an inquiry letter to the Bar Association Assistant Counsel Ms. Elizabeth Herman that his Appellate attorney Mr. John Shorter, Esq. had become deceased in approximately the year 2001 and that all petitioner's trial records, documents, case notes and transcripts in his possession could not be located (See Exhibit #7). Petitioner was advised by the Honorable Bar to write to the D.C. Superior Court Clerk's Office, the D.C. Court of Appeals Clerk's Office, Close files Section of the D.C. Superior Court, the U.S. attorney's Office F.O.I.A. Officer (See Exhibit #8) and the Public Defender Service.

(9)

Petitioner has done all that he was advised and still there have been no production of documents and trial transcripts. Petitioner has on his own initiative written a Pro-se motion to the D.C. Superior Court requesting another copy of my trial transcripts citing the aforementioned reasons. This request has gone unanswered. (See Exhibit #9).

Petitioner then wrote a letter to the Chief Judge for the Superior Court, Exhibit #10 informing him of my circumstances and the previously unanswered motion. However, this letter and a copy of the motion attached was rerouted to my then trial Judge replacement, Judge Herbert Dixon, Jr. Court. Petitioner received a response from the Court of Judge Herbert Dixon, Jr. indicating that they did not have any records of my proceedings and I should check with the Clerk's Office or Closed Files. (See Exhibit #11).

Petitioner wrote a personal letter to the D.C. Public Defender Services which garnered the help of Ms. Dana Griffin (See Exhibit #12) who spent approximately Three (3) years trying to locate petitioner's records and transcripts at the D.C. Court and even at the D.C. Archieves located in Suitland, Maryland, to no avail. To date, petitioner's F.O.I.A. request has gone unanswered (see Exhibit 13).

Petitioner here-in asserts that he is being prejudiced due to a "Liberty Interest" to be freed from his confinement. The element of false imprisonment are: (1) The detention of another person, and (2) The unlawfulness of such detention. The

(10)

petitioner thus argues that his lost of records has deprived him
of his guaranteed Constitutional Rights. The

The B.O.P. is an entity of the Department of Justice, whose
entity is the Superior and Federal Courts which is duly a Court
of Records. The F.B.O.P. is an Agency of the Department of
Justice and is vested with the responsibility to maintain all
records of those in its charge.  Further, the Superior Court is
a Court of Records and as such all proceedings in cases before
it **must** be "on the record."

Also: "Lost records may be proved by secondary evidence,
but their former existance and loss must first be established
by competent proof, and evidence merely showing that they do
not exist, is not sufficent to establish either of those
requirement."  The B.O.P., District of Columbia Superior Court
and the Designation and Sentence Computation Center (DSCC)
documented actions has established that petitioner's records
is lost through competent proof.

As a result of petitioner's lost records, he is being
prejudiced in that he is precluded from addressing a viable
challenge before the Court of an IPA (Actual Innocense), Rule
35(b) - Correction of a Double Jeopardy Clause 5th Amendment
of the United States Constitution violation of multiple
punishment for the same statutory element offenses; Counts
L.M.N - Two Counts of Assualt With Intent To Kill While Armed
for which petitioner received two 12 to 36 years consecutive
unconstitutional sentences, and/or a 23-110 motion. As well

(11)

as, the deprivation of vital information needed by the District of Columbia Court in its consideration of petitioner's Reduction in Minimum Sentence (R.I.M.S.) §2.76 and Post Conviction Rehabilitation Request (See Exhibit #14) forwarded by petitioner to the Honorable Court of Judge Reggie B. Walton, which was forwarded by his Deputy Law Clerk, Ms. M. Williams to the District of Columbia Superior Court Chief Judge Rufus King, III, who has assigned it to the Honorable Court of Judge Robert I. Richter and any future parole consideration will be so affected due to the loss of petitioner's records.

For these reasons, petitioner prays this Honorable Court grants him relief from an unlawful confinement - his serving of an unconstitutional sentence, petitioner's Due Process Rights violated under the 5th and 14th Amendment of the United States Constitution and/or Order whatever relief the Honorable Court deems appropriate.

Respectfully submitted,

_Lebert A. Gordon_

Lebert A. Gordon, Pro-se

## DECLARATION

I, Lebert A. Gordon, do hereby declare under the penalty of perjury (28 U.S.C. §1746) that the foregoing information is true and correct to the best of my knowledge mailed by First-Class prepaid U.S. Postage to the United States District Court for the District of Columbia, this 13th day of April, 2007.

Signature of Affiant: _Lebert A. Gordon_

Lebert A. Gordon, Pro-se

07-0809
JDB

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Lebert Gordon

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 02143-000

## DEFENDANTS

Joe Driver, Warden

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:07-cv-00809
Assigned To : Bates, John D.
Assign. Date : 05/03/2007
Description: PRO SE GEN. CIVIL

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
  Plaintiff

☐ 3 Federal Question
  (U.S. Government Not a Party)

☒ 2 U.S. Government
  Defendant

☐ 4 Diversity
  (Indicate Citizenship of Parties
  in item III)

## III CITIZEN

(PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   ☐   ACTION UNDER F.R.C.P. 23      **DEMAND $** ○   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES   ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☒ NO   If yes, please complete related case form.

**DATE**      **SIGNATURE OF ATTORNEY OF RECORD**   NCO

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

```
HAZ3W  540*23  *           SENTENCE MONITORING              ^       01-30-2007
PAGE 001            *           COMPUTATION DATA             *       13:54:10
                                 AS OF 01-30-2007
```

REGNO..: 02143-000 NAME: GORDON, LEBERT

```
FBI NO...........: 560844DA4              DATE OF BIRTH: 10-16-1963
ARS1.........,.....: HAZ/A-DES
UNIT.............: F                      QUARTERS.....: F03-123L
DETAINERS........: NO                     NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  LIFE

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F 6524-85 L,M,N
JUDGE..........................: WALTON
DATE SENTENCED/PROBATION IMPOSED: 04-23-1987
DATE WARRANT ISSUED............: N/A
DATE WARRANT EXECUTED..........: N/A
DATE COMMITTED.................: 06-17-2002
HOW COMMITTED..................: DC SUPERIOR COURT COMT
PROBATION IMPOSED..............: NO
SPECIAL PAROLE TERM............:
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
```
OFFENSE CODE...:   602
OFF/CHG: ASSAULT W/INTENT TO KILL WHILE ARMED (2CTS), 22DCC 501,
         3202. CARRYING A PISTOL WITHOUT A LICENSE, 22DCC 3204.

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:   73 YEARS
 MINIMUM TERM...................:   24 YEARS      4 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO ALL
 DATE OF OFFENSE................: 06-03-1985
```

------------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

```
COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F 6524-85 H,I,J,K
JUDGE..........................: WALTON
DATE SENTENCED/PROBATION IMPOSED: 10-22-1987
```

G0002      MORE PAGES TO FOLLOW . . .

```
   HAZ3W   540*23  *            SENTENCE MONITORING        *      01-30-2007
PAGE 002              *         COMPUTATION DATA           *      13:54:10
                                 AS OF 01-30-2007
```

REGNO..: 02143-000 NAME: GORDON, LEBERT

```
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 06-17-2002
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

```
                   FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:    $00.00         $00.00           $00.00         $80.00
```

RESTITUTION...:   PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 621
OFF/CHG: MURDER WHITLE ARMED, DCC, ASSAULT WITH A DANGEROUS WEAPON
         2 COUNTS, CARRYING A PISTOL WITHOUT A LICENSE.

```
SENTENCE PROCEDURE.............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE.: LIFE
MINIMUM TERM...................:     26 YEARS      4 MONTHS
DC MANDATORY MINIMUM TERM......:     20 YEARS
RELATIONSHIP OF THIS OBLIGATION
 TO OTHERS FOR THE OFFENDER....: CS TO ALL
DATE OF OFFENSE................: 05-12-1985
```

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-17-2006 AT HAZ AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010

G0002        MORE PAGES TO FOLLOW . . .

```
  HAZ3W  540*23 *          SENTENCE MONITORING           *    01-30-2007
PAGE 003 OF 003 *          COMPUTATION DATA              *    13:54:10
                           AS OF 01-30-2007
```

REGNO..: 02143-000 NAME: GORDON, LEBERT


```
DATE COMPUTATION BEGAN.........: 04-23-1987
AGGREGATED SENTENCE PROCEDURE...: DC CODE ADULT AGGREGATE
TOTAL TERM IN EFFECT...........: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
AGGREGATED MINIMUM TERM.........:    50 YEARS        8 MONTHS
COMBINED MANDATORY MINIMUM......:    20 YEARS
EARLIEST DATE OF OFFENSE........: 05-12-1985

JAIL CREDIT....................:    FROM DATE      THRU DATE
                                   08-27-1985     04-22-1987

TOTAL JAIL CREDIT TIME..........: 604
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 10-23-2025
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: LIFE

NEXT PAROLE HEARING DATE........: 04-00-2025
TYPE OF HEARING.................: INITIAL

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE

REMARKS........: SERVING A MIN TERM OF 50 YRS 8 MNTS, P.E. DATE BASED ON 3680
                 DAYS OF DCIGT FOR NON-MANDATORY MIN OF 30 YEARS 8 MONTHS.
                 604 DAYS OF J/C AND 159 DAYS OF DCEGT USED TO REDUCE PED.
                 COMP AMENDED 10-09-2003, TO CORRECT OBL. 010
```


S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

EXHIBIT #2



INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Warden Driver | 11-29-06 |
| L. Gordon | 02142-000 |
| UNICOR PAYROLL Clerk | F-2 Cell # 123L |

Sir, My transfer was denied due to the Non-Waiver of my Public Safety Factor. My Unit Team informed me that this was a result of the Loss of D.C. Institutional Records and there being no records by which to make a determination. Further, with just the Basic charges Listed on my computation sheet I'm being viewed as the perpetrator of the offense when in fact I was found guilty as an aider and abettor to all my criminal offences for which I'm currently incarcerated.

(See Attachment)

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER                **SECTION 6**

Attachment B
L. Gordon # 02143-000
Request to Warden Driver
11/29/06

I have no prior Criminal History, this is my first and only incarceration. My Case Manager Mr. Davis has tried to Access additional information at the request of the Designation Center (DSC) through my Criminal Attorney, However the information provided was deemed insufficient. My transfer request was the recommendation of A.W. Gill after reviewing my Records and informed me that both of my Co-defendants who were convicted as principal in my case have been granted F.C.I custody.

Sir, I respectfully ask your intervention as to the possibility of granting me a transfer to a lower Custody facility based on this being my first offense of Incarceration, my 28 years Clean Conduct, my outstanding Educational Achievements and my Limited Culpability in the offense for which I'm presently incarcerated

Respectfully,

_Lelet A. Gordon_

EXHIBIT

*Inmate Copy*

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

INMATE: Gordon, Lebert
REGISTER NUMBER: 02143-000
UNIT F2

This is in response to your Inmate Request to Staff Member dated
November 29, 2006, in which you request to be transferred to a
lower custody facility.

Our investigation into this matter indicates your request to
transfer to a lower security facility was denied by the
Designation and Sentence Computation Center (DSCC) on
October 31, 2006. Prior to your transfer denial, the DSCC had
requested additional information concerning your offenses.
Specifically, they requested information on counts of your
current offense which were not addressed in your Pre-Sentence
Investigation (PSI). Additional information concerning these
specific counts of your offense was obtained by your Unit Team
and sent to the DSCC. However, this information was determined
to be insufficient to grant your transfer request and the waiver
of your public safety factor. You may request to be considered
for a transfer to a lower security level again in one year.

I trust this information adequately addresses your concerns.

_____    12/21/06
Joe W. Driver    Date
Warden

BP-A148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 1-2-07 |
|---|---|
| Warden Driver | |
| FROM: L. Gordon | REGISTER NO.: 02143-000 |
| WORK ASSIGNMENT: Unicor Payroll Clerk | UNIT: F-2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Sir, per our conversation today, I am respectfully forwarding to you this request. I know that my situation is somewhat precarious, but if there is anything that you could do for me, would be greatly appreciated.

thank you!

(Do not write below this line)

DISPOSITION:

MR. Gordon I have sent a personal letter to the court, Stay Tuned.

| Signature Staff Member | Date 1-7-07 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**



Federal Bureau of Prisons

*United States Penitentiary - Hazelton*

*Post Office Box 450*
*Skyview Drive*
*Bruceton Mills, West Virginia 26525*
*(304) 379-5000*

January 5, 2007

The Honorable Reggie B. Walton
United States District Judge
District of Columbia
333 Constitution Avenue, N. W.
Washington, DC 20001

Re:  Gordon, Lebert
     Register Number 02143-000
     Docket Number F-6524-85

Dear Judge Walton:

On April 23, 1987, the aforementioned individual was sentenced in
your Court to serve a term of confinement of Life for Murder
While Armed, and Assault With a Dangerous Weapon.

Please be advised that inmate Gordon arrived at the United States
Penitentiary (USP) Hazelton, on May 18, 2005.  Gordon has
established a good rapport with staff and other inmates while
incarcerated at USP Hazelton.  He has not received any incident
reports and has taken many educational classes since his
incarceration.

Since inmate Gordon has been incarcerated at USP Hazelton, he has
requested to be transferred to a lesser security institution.
However, there are some discrepancies in his Pre-Sentence
Investigation (PSI).  Specifically, his PSI addressed counts L,
M, and N of Docket #F-6524-85, but the other counts in his
indictment (counts H, I, J, & K) were listed in his PSI as being
continued for trial on May 14, 1987.  We have no records
concerning the details of counts H, I, J, & K, or the subsequent
information associated with the trial on May 14, 1987.

I know this case is almost twenty years old, but unless more
information is obtained regarding counts H, I, J, & K, a transfer
to a lesser security institution is unlikely.  At your
convenience, can you provide me with more information as to the
specifics of these counts and whether or not a separate trial was
held for these counts or if they were added to his current
offense?

Gordon, Lebert
Register Number 02143-000
Docket Number F-6524-85
page 2


I appreciate your time and consideration to this matter.  If you
have any further recommendations or comments, please do not
hesitate to contact me.

Sincerely,

Joe D. Driver
Warden

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

EXHIBIT #6

United States of America
District of Columbia

Comp - 151

vs.

Lebert A. Gordon

Case No. F 6524-85 L,m,

PDID No. 381-957

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☒ Not Guilty ☐ Guilty to the Charge(s) of Count "L" Assault with Intent to Kill while Armed, Count "M" Assault with Intent to kill while Armed, Count "N" Carrying Pistol Without A License and having been found guilty by ☒ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Count "L" Not Less than 12 years No more than 36 years; Count "M" Not less than 12 years No more than 36 years; Count "N" 1 (one) year. Counts "L","M" And "N" Are to be served consecutive to each other And consecutive to Any other sentence,

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☒ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and super-vision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.
☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

A TRUE COPY
TEST: 3-22-07
Clerk Superior Court of the District of Columbia
By: _____ Deputy Clerk

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for defendant.

9-23-91
Date

A TRUE COPY
TEST: 3-22-07
Clerk Superior Court of the District of Columbia
By: _____ Deputy Clerk

Judge Cushenberry

Certification by Clerk pursuant to Criminal Rule

9-23-91
Date

Phyllis M Jackson
Deputy Clerk

NO PSI Available

3:06 P.

Form CD(18)-1010 Aug. F3

**EXHIBIT #7**

# OFFICE OF BAR COUNSEL

September 25, 2001

**CONFIDENTIAL**

Mr. Lebert A. Gordon
ID Number: 292-701
Sussex II State Prison
24427 Musselwhite Drive
Waverly, Virginia  23891-2222

*Serving the District
of Columbia Court
of Appeals and its Board
on Professional
Responsibility*

*Joyce E. Peters
Bar Counsel*

*Wallace E. Shipp, Jr.
Deputy Bar Counsel*

*Senior Assistant Bar Counsel
Elizabeth A. Herman
Julia L. Porter*

*Assistant Bar Counsel
Ross T. Dicker
Catherine L. Kello
Asma Naeem
John T. Rooney
H. Clay Smith, III
Traci M. Tait*

Re:    **Shorter/Gordon; CJA Number:  197-01**

Dear Mr. Gordon:

    We reviewed your complaint against John A. Shorter, Esquire.  We also have reviewed the computer docket in F-6524-85 and the printed docket sheets in 87-CF-1251, and 91-CF-1288.  It appears that all cases have concluded and that Mr. Shorter is deceased.  Our records indicate that Ms. Stacy Shorter was the last known contact person regarding Mr. Shorter's cases, but we have no current contact information for her.  You may wish to contact the Court of Appeals to see if they can provide records to you.  We enclose copies of your docket sheets for your review.

Sincerely,

Elizabeth A. Herman
Senior Assistant Bar Counsel

**DCBAR**

Enclosures

EAH:WLT:tsw

EXHIBIT #8



**U.S. Department of Justice**

Executive Office for United States Attorneys

MAY 16 2002

| | |
|---|---|
| FOIA Unit | |
| *Bicentennial Building* | *(202) 616-6757* |
| *600 E Street N.W., Suite 7300* | *FAX (202) 616-6478* |
| *Washington, DC 20530* | |

Mr. Lebert A. Gordon
#292-701
24427 Musselwhite Drive
Waverly, VA 23891-2222

      Request Number:  01-3205

Dear Mr. Gordon:

      This letter is written to inform you of the current status of your pending FOIA request for records.  As indicated in previous correspondence, this office referred your request to the United States Attorney's Office for the District of Columbia who may have records in their possession that are responsive to your request.  We are still waiting for a  response from that district office.  Due to the delay and in an effort to respond to your request for records, this office has personally contacted the District of District office and requested that they urgently conduct a search for responsive records.

      If you no longer desire the records and wish to cancel your FOIA request, please sign below and return this letter to the above address as soon as possible.  If you would like for us to continue processing your request for records, no response is necessary.  All inquiries and/or concerns should be sent to the above address and should include the request number listed above. Thank you for your patience.

                      Sincerely,

                      James S. Carroll III
                      Assistant Director

Please cancel my request:    _____
                                (Signature)

                          _____
                                (Date)

Superior Court of the
District of Columbia
Criminal Division

LEBERT A. Gordon,
                    defendant

          V/s.

United States of America

CASE NO: F-6524-8
Judge Reggie B. Watton.

Motion for Copy of
Trial Transcripts

Now come defendant, LEBERT A. Gordon, proceeding pro se, and respectfully motions the Court for an order granting a free copy of the criminal trial transcripts in the case of F-6524-85.

As ground for the relief sought, it is stated upon the following facts of record and authorities in support thereof:

Mr. Gordon submit, the Government accused him of violating various criminal codes of the District of Columbia. Mr. Gordon was later indicted and tried for those violations. The presiding Judge, the Honorable Reggie B. Watton. That trial resulted with the jury returning guilty verdicts and the court entering final judgment on October 22, 1987. A timely Notice of Appeal was filed and Transcripts

and other necessary records and files were transmitted to the D.C. court of Appeals for its review. On Appeal Mr. John C. Krollman, Esq. was initially appointed. Transcripts of the trial proceedings were provided him for appellate review. Mr. Krollman's representation was vacated on March 1, 1991, and new Appellate Counsel, Ms. Mindy A. Daniels, Esq was Appointed on Appeal No. 87-CF-00125. Later, Mr. John A. Shorter, Esq was retained. The Appellate Court affirmed those convictions and the final judgment.

    Thusly, the trial transcripts were last in possession of Mr. Shorter, Esq on his untimely death and during the crucial time while Mr. Shorter was in the process of preparing a collateral challenge upon the convictions on various grounds but more specifically, insufficient of the evidence to support the convictions of Assault with specific intent to kill coupled with newly discovered evidence. Since, Mr. Shorter's death, those transcripts either have been lost or misplaced. Efforts through Attorney's Shorter business firm and through his family in obtaining these important records has been unsuccessful with the court being the only source left for assistance in gaining copies of the trial Transcripts so necessary for an effective Challenge to be made. <u>Points and Authorities in support</u>

    Mr. Gordon submit because of the fact, he is an indigent defendant, it is his understanding that he is entitled to be provided with the basic tool of and/or in the nature of Transcripts which is necessary for an effective presentation of the

factual evidence in support of his motion under D.C. Code Section 23-110. Britt V. North Carolina, 404 U.S. 226 (1971); United States V. Gaither, 527 F. 2d 456 (1975), cert. denied, 425 U.S. 752 (1976).

Defendant Gordon is not unmindful that he must demonstrate a particularized need for a copy of the trial transcripts free. Jones V. Superintendent, Virginia State Farm 460 F. 2d 150 (4th Cir. 1972), cert. denied, 410 U.S. 944 (1973).

Here in the instant case, the transcripts are needed to properly decide the issues presented by Mr. Gordon's 23-110 Motion; defendant submit D.C. Code § 23-110 (c) provides by its clear language "unless the motion and files and records of the case conclusively show that the prisoner is entitled to no relief, ..." As such, precise testimonial evidence contained on the pages of the transcripts is necessary proof of the merits that's sufficient to warrant "a prompt hearing being granted in deciding the issues confronting this court who may not conclude ~~that~~ in absence that under no circumstances Mr. Gordon cannot establish facts warranting relief. Pettaway V. United States, App. D.C. 390 A. 2d 981 (1978). Mr. Gordon submit also to avoid allegations "couched in conclusory terms with essentially no factual foundation" Gibson V. United States, App. D.C. 388 A. 2d 1214 (1978).

Wherefore, the Transcripts as a tool for effective presentation is necessary and the court should grant relief by ordering that the Court Reporter office prepare at

4.

Government cost a copy of the Trial transcripts as specified. Thus, the requirement that the facts which if true must be specific rather than conclusory. Alexander v. United States, 409 F.2d 618 (1979) may only be established from that record file of the case as it reflected upon the trial transcripts. Therefore, the motion should be granted.

## Conclusion

Based upon the above foregoing facts and legal authorities herein and due to the unfortunate death of Attorney John A. Shorter, who was last in possession of available transcripts, the court should grant the relief by entering an order directing the court reporter's office to prepare the same at Government expense.

Respectfully Submitted
By Robert A. Gordon

## Certificate of Service

I hereby certify that a true copy of the foregoing motion was sent by U.S. Mail, postage prepaid on this ____ day of _____ 2001.

To: U.S. Attorney for the
District of Columbia
555 - 4th. Street N.W.
Washington, D.C. 20001

Respectfully submi
/s/

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## WASHINGTON, DC

December 11, 2002

Lebert A. Gordon
Fed. Reg. No. 02143-000
United States Penitentiary – Atlanta
Box PMB
601 McDonough Blvd., S.E.
Atlanta, Georgia 30315

     Re:    *United States v. Lebert A. Gordon*, F-6524-85.

Dear Mr. Gordon:

    We are in receipt of your letter with enclosures dated November 21, 2002, and addressed to the Chambers of Chief Judge King, III. In your letter, you requested that the Chief Judge intervene and assist you in obtaining a copy of your trial transcripts. The Chief Judge does not any authority to act on cases assigned to other judges. Therefore, I have forwarded your request to Judge Herbert B. Dixon, Jr.'s Chambers for further attention to your requests.

    Sincerely,

Aaron Knights, Law Clerk
The Chambers of Chief Judge King, III

**Superior Court of the District of Columbia**
Washington, D.C.   20001-2131

Herbert B. Dixon, Jr.
Judge

(202) 879-4808

July 2, 2003

Lebert A. Gordon
Reg. No. 02143-000
601 McDonough Blvd., SE
Atlanta, GA  30315

Dear Mr. Gordon,

I am writing you at the request of Judge Herbert B. Dixon, Jr., in response to your

letter dated February 13, 2003.  I am writing to inform you that this office does not have

the documents that you are requesting.  You should attempt to contact the Criminal

Clerk's Office to obtain a copy of your docket in each of the cases against you.  In making

these requests, you should include for reference purposes the case numbers in which your

conviction occurred.

Sincerely,

Melissa Holder
Law Clerk

EXHIBIT #12



D. Griffin
PUBLIC DEFENDER SERVICE
FOR THE DISTRICT OF COLUMBIA
633 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

DANA Griffin

A 138



Mr. Lebert A. Gordon
Federal Register No. 02143-000
U.S.P. Atlanta
P.O. Box 150160
601 McDonough Boulevard, S.E.
Atlanta, Georgia 30315

LEGAL LEGAL MAIL -- Open Only In Presence of Inmate



# JENIFER WICKS
### ATTORNEY AT LAW

THE WEBSTER BUILDING
503 D STREET, NW
SUITE 250A
WASHINGTON, D.C. 20001

CHAUNCEY WOOD (D.C., MA, NY)
OF COUNSEL

TELEPHONE (202) 326-7100
FACSIMILE (202) 478-0867
EMAIL: JWICKSLAW@AOL.COM

July 12, 2006

James S. Carroll III
Assistant Director
FOIA Unit, Executive Office for United States Attorneys
600 E Street NW Suite 7300
Washington, DC 20530

Re     FOIA request 01-3205

Dear Mr. Carroll:

Please be advised that I represent Mr. Gordon. I attach a copy of your response to his

FOIA request. Please advise as to the status of his request.

Sincerely,

JENIFER WICKS

C:
Mr. Lebert A Gordon
02143-000
PO Box 2000
Bruceton Mills, WV 26525

- 1 -

## THE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


Mr. Lebert A. Gordon
Reg. No. 02143-000/D.C.D.C #219-024
USP Hazelton
P.O. Box 2000
Bruceton Mills, W.V. 26525

January 31, 2007

The Honorable Reggie B. Walton
Federal District Court Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Subject: Reduction in Miminum Sentence (R.I.M.S.)/ Post-Conviction
         Rehabilitation

RE: Case Number: F6524-85, Counts L,M, and N (Danbury Street Trial)

Dear Judge Walton:

    Sir, please allow me the opportunity to address you with a
follow-up to my letter dated January 6, 2007 (See attached)
regarding my request for your assistance and/or consideration
with obtaining a reduction in my Minimum Sentence. Sir, all of
my efforts in this regard has seen the "buck passed around" with
no answers or responses of specificity dealing with the matter
requested (see attached letters dated November 22, 2006 and December
12, 2006).

    Sir, by this being a new facility and all staff memebrs are
newly assigned to their positions, they lack the knowledge of
processes; moreover, Old Law processes. Therefore, I have taken
the initiative to address Your Honor in hopes that you would find
merits in my request and assist me. Sir, I know that you are no
longer a Superior Court Judge, however, due to the transfer of the
D.C. Prison Code Offenders to Federal Authority under the D.C.
Revitalization Act ("D.C. Code offenders in Bureau custody are
subject to Federal Laws and Bureau Regulations as long as they are
consistent with the sentence imposed"); this Honorable Court does

Lebert A. Gordon cont.
Reg. No. 02143-000/D.C.D.C. #219-024
Criminal Case #6524-85
Page (2)

have jurisdictiom.   Further, "A Court may depart for post-conviction
rehabilitation only if the defendant's rehabilitation is 'present
to an exceptional degree'" <u>Koon v. United States</u>, 518 U.S. 81, 135
L.Ed 2d 392, 410-11 (1996) and <u>United States v. Hasan</u>, 41 F.Supp.
2d 1004, 1020 (1) (Neb. 1999).   Also, another presidence in this
regard is the D.C. Circuit case <u>United States v. Rhodes</u>, 145 F.3d
1375 (D.C. Cir. 1998) which took note of the defendants' drug
rehabilitation and vocational course.   Sir, these courts recognized
the unfortunate reality that it is the extra-ordinary or exceptional
inmate who makes positive use of this time of incarceration to
effectuate a real positive change in his or her life.   Sir, I
humbly assert that I am such an exceptional individual in this
regard.

      Sir, I am not now coming before your Honorable Court in order
to make excuses for my actions of the pass.   On the contrary, I
was convicted in your Honorable Court on two (2) counts of Assault
with Intent to kill while armed as an Aider and Abettor.   And
although both victim witnesses testified that I was separated from
them for a period of thirty (30) to forty-five (45) minutes during
which time they were not threathened, held against their will, and
could have exited the premises of their own volution; after that
time period **another** argument ensued from which they were assaulted
out of my presence, only serves to highlight cupability.   However,
I acknowledge that as a charged Aider and Abettor, I am held
legally responsible for the actions of the principal and thus, am
gravely sorry for the acts which were perpetrated upon the victims.
For my part, I did receive two (2) consecutive twelve (12) to
thirty-six (36) years sentences which was ordered to run consecutive
to all other sentences.

      Sir, at my sentencing hearing, you stated in part that "You
had the opportunity to accomplish great things, unfortunately by

Lebert A. Gordon cont.
Reg. No. 02143-000/D.C.D.C. #219-024
Criminal Case #6524085
Page (3)

your actions, you leave me no choice..." Your Honor, your words
have been my driving motivation over the past 22 years. Inspite
of all the negativity and obstacles contained within Lorton
Reformatory, your words drove me to obtain two (2) University
Degrees. An Associate of Arts Degree in Accounting Techonlogy
and an Associate of Arts Degree in Management Techonlogy, as well
as taking several classes in pursuit of my Bacheclors of Arts
Degree in Business Administration.

    Sir, while housed at the Lorton Reformatory, I also became
actively involved with Tutoring G.E.D. Classes at nights, while
working in the Industrial Services Business Office during the day.
Also, I received my Teaching Certification in Laubach Tutoring
from the Virginia Literacy Council. Through my Self-Help Group,
I started a Youth-At-Risk program that allowed me the opportunity
to interact and reach many troubled youths. As a clerk working in
the Superintendent of Industries Office, I was selected by Ms. G.H.
Washington, Associate Director of Programs for D.C.D.C. to facilitate
their newly instituted Life Skill/Docutech Pilot program which was
a joint D.C.D.C. and Zerox Corporation partnership program. This
program was video-taped and used in institutions all over the
country to help inmates learn marketable skills, interview skills,
receive motional speaches, drug counselling, as well as job placement
opportunities upon release in Zerox Corporation Interm Training
program, headed by Mr. Aubrey Nash, Regional Marketing Director.
Sir, this is but a few of the worthwhile things I accomplished while
housed at Lorton Reformatory. Sir, please see attached Sentence
Monitoring Statutory Good Time Status Sheet which shows 2447 Good
Time days that I earned during the service of my twenty (20) years
mandatory sentence of which has been withheld, because anyone
serving a mandatory sentence cannot receive institution good time
credit.

Lebert A. Gordon cont.
Reg. No. 02143-000/D.C.D.C. #219-024
Criminal Case #6524-85
Page (4)

Sir, upon Lorton closing and my transfer to CCA Ohio,
Sussex II State Prison, USP Atlanta, and USP Hazelton, I continued
to assist with educating my fellow inmates, as well as pursue my
Bachelors of Arts Degree. The many letters and certificates
previously forwarded to you is proof of my consistent effort.
There are several other program completion certificates that have
been misplaced over the years, i.e., Life Skills 1&2 and Laubach.
Sir, today, I go to work at 7:45 a.m. to 3:30 p.m. as the UNICOR
Payroll Clerk and from 5:00 p.m. to 6:30 p.m. as the Education
Department UNICOR G.E.D. Tutor.

Sir, while my efforts with helping my fellow inmates obtain
their G.E.D. over the years and empowering them with a better
chance of being a productive and successful member of society
has been gratifyingly rewarding. It has been your words that
have been my driving motivation.

Sir, I am not just asking for a Reduction in my Minimum
Sentence based solely on all that I have been able to accomplish.
I am also asking for your leap of faith for potentially all the
lives that I will be able to touch/reach in a positive way, if
given the opportunity ("If a man/woman saves one life, its as if
he has saved the whole world"). Sir, I know that I can make a
difference to child who is on the edge. I have 22 years of
experience to share, that needs to be heard, where it can be the
most effective. These troubled youths of today can be reached,
but only by someone with whom they can identify with. It's sad,
but it's true. Sir, this is my first incarceration and I'm only
asking for the one chance I've never had.

Sir, if I'm released, I will not be a burden upon society.
I will be relocating to the suburbs of Philadelphia residing with
my wife Mrs. Arlene Gordon at our own home at 1318 West Beech Street,
Norristown, PA. For verification my wife can be contacted at our

Lebert A. Gordon cont.
Reg. No. 02143-000/D.C.D.C. #219-024
Criminal Case #6524-85
Page (5)

home phone (610) 292-3047 or at her office (610) 631-7627. Also, my wife owns her own mortgage company-Mortgage Direct in which I will be employed as her Accountant and Bookkeeper. Additionally, my daughter, Ms. Desiree Gordon who was one (1) year old at the time of my incarceration has just completed her Bachelor of Arts Degree in Chemical Engineering at North Carolina Agricultural and Technical University (A&T) and is presently enrolled in Graduate School at the University pursuing her Masters Degree.

In conclusion, Your Honor, I pray that you take into consideration my long-standing, consistent efforts throughout my incarceration to make a difference inspite of my environment. The fact that I have served 22 years of a total 50 years sentence of which 20 years were mandatory. That the imposition of concurrent sentences and to all other sentences would avail me immediate parole consideration. My outstanding Educational and Vocational Achievement, Superior Programming, no Disciplinary Reports, Exceptional and Meritorious Institutional Assistance, and conduct as a Model Prisoner. My family stability and support, as well as my pre and post-incarceration record enables me to be an acceptable risk. My continued conduct demonstrates my conscious and diligent effort to show by my actions that based on my accomplishments it is highly unlikely I will participate in criminal activity, if let free (see Psychological Parole Evaluation dated 12-31-03). My continued incarceration serves no further useful rehabilitative purposes. And that the minimum term imposed by Your Honorable Court does not appear necessary to achieve appropriate punishment and deterrence. It is my vision to one day be addressing the Congressional Committee on youth violence and drug addiction with a proven successful solution.

Sir, in light of the aforementioned, It is requested that an order for the requested relief be forwarded to the U.S. Parole commission to institute a Hearing. I ask this under the previously

Lebert A. Gordon cont.
Reg. No. 02143-000/D.C.D.C. #219-024
Criminal Case #6524-85
Page (6)

allowed provisions of §2.76 Reduction in Minimum Sentence procedures
and Post-Conviction Rehabilitation.

> **"Our deepest fear is not that we are inadequate.
> Our deepest fear is that we are powerful beyond measure.
> We ask ourselves, who am I to be brilliant, gorgeous,
> talented, or fabulous?
> Actually, who are you not to be?
> We were born to make manifest the glory of God that
> is within us.
> And as we let our light shine, we unconcuoisly give
> other people permission to do the same."(W.E.B. DuBois)**

Respectfully Submitted,

Mr. Lebert A. Gordon
Reg. No. 02143-000/
D.C.D.C. #219-024

P.S.  Sir, upon my appeallate attorney John Shorter death all of
my case files were lost.  A request to the D.C. Superior
Court Clerk produce the attached Judgment and commitment
Orders.  Sir, There are two (2) Orders for the same
criminal offenses.  One by you and one dated some five
years later from the Honorable Court of Judge Cushenberry.
Sir, it appears as if I have been tried twice for the
same offenses some five (5) years a part.  Please advise.

## DECLARATION

I, Lebert A. Gordon, do declare under the penalty of perjury
(28 U.S.C. §1746 and 18 U.S.C. §1621) that the foregoing information
and attachements are true and correct to the best of my knowledge,
mailed to the Honorable Reggie B. Walton, Federal District Court
Judge on this 31 day of January, 2007.

Signature of Affiant: _____
Mr. Lebert A. Gordon

Mr. Lebert A. Gordon
Reg. No. 02143-000
USP Hazelton
P.O. Box 2000
Bruceton Mills, West Virginia 26525

January 6, 2007

The Honorable Reggie B. Walton
District Court Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Lebert A. Gordon, Reg. No. 02143-000, D.C.D.C. #219-024
    Criminal Case #F6524-85

Dear Judge Walton:

Sir, I respectfully ask your indulgence into a matter of
grave importance. I am presently being housed at U.S.P. Hazelton
(Level 7) Maximum Security Facility. I was transferred here
from USP Atlanta (Level 6) Institution in order to assist with
the 18 months activation of this institution. The specific
criterias of all the inmates selected in this regard were those
who were disciplinary free, skilled with assisting Educational
and Vocational programming and other occupational-UNICOR
activation.

After this period was completed with my assistance in the
activation of the Housing Units, Educational Department, Safety
Department and Hazelton UNICOR Industry (See attached Letters,
Progress Reports and Certificates of Recognition), a transfer
request to a Lower Custody Facility (F.C.I.) was initiated by
then Assistant Warden of Programs Taylor, Assistant Warden of
Operations (Security) Gill and Warden Al Haynes. Sir, this
transfer, although being the first done on an inmate with my
sentence structure received the full approval of all USP Hazelton's
Executive staff (Unit Team Members, Case Management Coordinator,
Inmate Management Systems, Captain, A.W.'s and Warden).

Lebert A. Gordon cont.
Reg. No. 02143-000 & D.C.D.C. #219-024
Criminal Case #6524-85
Page (2)

My transfer was sent to the Mid-Atlantic Region and due to
a Bureau wide reorganization, became one of the first to be
forwarded to the newly activated Designation and Sentence
Computation Center (DSCC) who had been assigned the authority
over all transfers. Newly established criteria's that were not
in place at the time both of my co-defendants were transferred
to F.C.I.'s, created questions and demands which previously was
not required. In my particular circumstances, there were
several request(s) by DSCC for additional records information;
in which the institution made request(s) to the D.C. Superior
Court who provided available records.

However, due to the period of elapsed time since my conviction
and sentence, the Court was unable to provide the pertinent
information in regards to DSCC request on Counts H, I, J, and
K (Murder 1-Kennedy Street Incident), which was not mentioned
in my P.S.I. nor the extent of my culpability (Principal or
Aider and Abettor) in the offense. Also, it should be noted that
due to my appealla attorney John Shorter untimely death, all of
my case records which were in his possession was lost. Due to
the magnitude of my recommendation for transfer, the DSCC extended
itself to allow time for the needed information. After much
exhaustion, my initial transfer request was denied on October 31,
2006 based on their (DSCC) determination that the information
obtained was insufficiant (see attached "Response to Inmate
Request to Staff Member").

As a result of my continued institutional meritorious
activities, our newly assigned Warden, J.D. Driver has taken
a special interest in my case and has indicated of his letter
request to you for your assistance with this matter. Thus, my

Lebert A. Gordon cont.
Reg. No. 02143-000 & D.C.D.C. #219-024
Criminal Case #6524-85
Page (3)

encouragement to write this letter to you.

Sir, the institution does have the information of my Case
Number before your Court being F-6524-85 and that the trials
(Danbury Street and Kennedy Street Incidents) resulted in two
(2) convictions. However, my P.S.I. which the institution
received from the District of Columbia Department of Corrections
only contained information for Counts L, M, and N (Danbury
Street Incident).

Sir, I respectfully request a letter from you forwarded
here to Warden J.D. Driver at Staff address 450 Skyview
Drive, Bruceton Mills, West Virginia 26525, indicating that
Counts H, I, J, K and L, M, N was from one case (F6524-85)
before your Honorable Court and was separated into two trials.
Also, any additional information of my culpability (Principal
or Aider and Abettor) in Counts H, I, J, and K will be helpful
to DSCC assessing my suitability for Lower Custody Designation.

Additionally, the other factor of concern is that the missing
information of my culpability will undoubtedly hinder my
eligibility for Parole and any reconsideration for a Sentence
Reduction. Judge Walton, I have maintained outstanding institutional
conduct as a model prisoner and Educational achievements throughtout
my 22 years of incarceration (see attached University Degrees,
Completion Certificates, Letters of Commendation and Family Letters).

In conclusion, I sincerely ask that you take into consideration
the overall merits of my achievements. my growth and development
in spite of my cirsumstance, as well as, USP Hazelton's persistant
efforts on my behalf with addressing my request. Sir, I have
never come before your Honorable Court seeking a Reduction in my
sentence at the time this opportunity availed me, due to my lack

Lebert A. Gordon cont.
Reg. No. 02143-000 & D.C.D.C. #219-024
Criminal Case #6524-85
Page (4)

of obtaining any achievements warranting reconsideration.
However, now the opportunity is time barred and in terms
of D.C.D.C. "Reduction In Minimum Sentence (R.I.M.S.)" procedure
is no longner available to us in the F.B.O.P.  Therefore, any
assistance and/or consideration which you could provide with
me obtaining a reduction in my Minimum Sentence based on my
continued 22 years Clear Conduct and outstanding institutional,
Educational and Vocational assistance, as well as my superior
Educational Programming will greatly be appreciated.  Sir, thank
you for your time, patience and consideration of my request.

                              Respectfully yours,

                              _Lebert A. Gordon_
                              Lebert A. Gordon
                              Reg. No. 02143-000
                              D.C.D.C. #219-024


                      **DECLARATION**

    I, Lebert Alberga Gordon, do hereby declare under the
penalty of perjury (28 U.S.C. §1746 and 18 U.S.C. §1621) that
the foregoing information and attachments are true and correct
to the best of my knowledge mailed to the Honorable District
Court Judge, Reggie B. Walton on this 6th day of January, 2007.


            Signature of Affiant: _Lebert A. Gordon_
                                   Lebert Gordon