**UNITED STATES DISTRICT COURT**

FILED

MAY 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEBERT A. GORDON                    :    AFFIDAVIT IN SUPPORT OF
_____                    REQUEST TO PROCEED
Plaintiff/Petitioner,               :    IN FORMA PAUPERIS; AUTHORIZED
                                    :    WITHDRAWAL FORM; CERTIFIED
          v.                        :    AFFIDAVIT OF INMATE ACCOUNT
                                    :    STATUS.
JOE DRIVER, WARDEN, ET. AL.         :
_____
Defendant/Respondent.

## AFFIDAVIT AND AUTHORIZATION
## FOR WITHDRAWAL FROM INMATE ACCOUNT

I, Lebert A. Gordon_____, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or give security therefor pursuant to Title 28 U.S.C. § 1915 (a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1.    Are you presently employed? Yes (X)  No ( )
   a.    If employed, state the amount of your salary or wages per month and give the address of your employer. $225 to $250 per month working in UNICOR & Education Dept. USP-HAZELTON, P.O. BOX 2000, BRUCETON MILLS, WEST VIRGINIA 26525
   b.    If you are not currently employed, state the date of your last employment and the amount of salary or wages received. ____N/A____

2.    Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or self-employment?        Yes( )  No( )
   b. Rent payments, interest or dividends?            Yes( )  No( )
   c. Pensions, annuities or life insurance?           Yes( )  No( )
   d. Gifts or inheritances?                           Yes( )  No( )
   e. Any other source?                                Yes(X)  No( )

If you answered yes to any of the above, describe each source and state the amount received from each.   My Spouse in the amount of $240.00

3.    Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes ( )  No (X) If the answer is yes, state the total value of items owned.

RECEIVED

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
Yes ( )  No (X)    If the answer is yes, describe the property and state its approximate value.

_____

_____

_____

_____

5.  List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.
Ms. Desiree A. Gordon, my Daughter who attends Graduate school of Chemical Engineering at the University of North Carolina A&T, Greensboro, N.C. I contribute approximately $100.00 on the average monthly through my Spouse.

## AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to the filing fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined.

Executed this 13th day of ___April___, 2007.

_Lebert A. Gordon_
Signature of Plaintiff/Petitioner

**PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.**

## CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $ 54.18 in his/her inmate account at the USP Hazelton, WV Institution. Plaintiff has an average monthly balance for the preceding six months of $ 63.51, and the average monthly deposits to said account for the preceding six months are $ 308.95 I further certify that plaintiff has the following assets to his/her credit according to the records of this institution: none

_____

4-11-07
Date

_____, CC
Authorized Officer of Institution