UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEBERT A. GORDON<br>    Petitioner,<br><br>v.<br><br>JOE DRIVER, WARDEN,<br>    Defendant, | :<br>:<br>: Case: 1:07-cv-00809(JDB)<br>: Judge: Bates, John D.<br>:<br>:<br>:<br>:<br>: |

RECEIVED
MAY 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PETITIONER'S RESPONSE TO COURT ORDER
DATED APRIL 30, 2007

    Comes now, petitioner Lebert A. Gordon, in response to the recent Court Order dated April 30th, 2007 (see attached), requiring petitioner to discharge a amount of $350.00 filing fee, by: instituting a partial filing fee of $52.49 in a Writ of Habeas Corpus proceeding in which petitioner request of this Court to review it's own fee schedule.

    It is petitioner's belief that there has been a clerical fee error and ask the Court to withdraw it's recent Order, investigate it's own record and reorder the corrected fee required for a Writ of Heabeas Corpus 28 U.S.C. §2241, et. seq. filing.

    Where fore, petitioner prays that the Court corrects it's Order and assign the proper Court cost payment filing fee.

Respectfully Submitted,

*Lebert A. Gordon*
Lebert A. Gordon, Pro Se.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEBERT A. GORDON          :
    Petitioner,        :
                            : Case: 1:07-cv-00809(JDB)
                            : Judge: Bates, John D.
    v.                :
                             :
JOE DRIVER, WARDEN,       :
    Defendant,         :
                             :

### AFFIDAVIT IN SUPPORT OF PETITIONER'S RESPONSE TO COURT ORDER DATED APRIL 30, 2007

I, Lebert A. Gordon, being legally over the age of Eighteen (18) state the following:

I. That I received an Order to proceed in Informa Pauperis in the amount due to the Court of $350.00.

II. That petitioner was under the assumption that all Habeas Corpus Court cast was a $5.00 filing fee.

III. That petitioner did properly file a 28 U.S.C. §2241 Habeas Corpus petition and as such should be charged the stated fee, Court cost.

IV. Petitioner is willing and able to discharge satisfactorily all Court cost associated with his petitioning of the Court in accordance to the Federal established pre-requisites.

### DECLARATION

I Lebert A. Gordon, do declare under the penalty of perjury 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge mailed by First-Class pre-paid U.S. Postage mailed to the Honorable Court of Judge John D. Bates this 8th, day of May, 2007.

                    Signature of Affiant: *Lebert A. Gordon*
                                            Lebert A. Gordon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEBERT A. GORDON, )
)
Plaintiff, )
) Case: 1:07-cv-00809
v. ) Assigned To : Bates, John D.
) Assign. Date : 05/03/2007
JOE DRIVER, WARDEN, ) Description: PRO SE GEN. CIVIL
)
Defendant. )

## ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a). Upon review of the financial information, the Court finds that Plaintiff is required to pay the statutory filing fee of $ 350.00 for this action in accordance with the provisions of 28 U.S.C. § 1915(b).

Accordingly, it is hereby

**ORDERED**, that:

1. Plaintiff is obligated to pay an initial partial filing fee of $ __52.49__ to the Clerk of the United States District Court for the District of Columbia.

2. Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $ 350.00 filing fee.

3. The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time

the amount in the account exceeds $10 until the filing fee is paid.

4. A copy of this Order shall be furnished to Plaintiff's place of incarceration.

5. Plaintiff's application to proceed *in forma pauperis* is GRANTED, except to the extent that Plaintiff is required to make the payments set forth above.

SO ORDERED.

_____
United States District Judge

DATE: 4/30/07