## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Lebert A. Gordon,**

   **Plaintiff,**

     **v.**           **Civil Action No.  07-0809 (JDB)**

**Joe Driver,**

   **Defendant.**

## MEMORANDUM AND TRANSFER ORDER

   Plaintiff, a federal prisoner at the Hazelton United States Penitentiary in Bruceton Mills,

West Virginia, seeks reconsideration of the Order of April 30, 2007, assessing a partial payment

toward the filing fee of $350.00.  Plaintiff rightly asserts clerical error in the filing of this case as

a civil action rather than as an application for a writ of *habeas corpus*, for which the filing fee is

$5.  The action was submitted on a form petition for a writ of *habeas corpus* under 28 U.S.C.

§ 2241, names plaintiff's warden as the respondent and challenges the constitutionality of

plaintiff's custody.  The Court therefore agrees that the action should have been filed as a *habeas

corpus* action to which the assessment order is inapplicable.  *See In re: Smith*, 114 F.3d 1247,

1250 (D.C. Cir. 1997) ("Congress did not intend the prepayment obligations to apply to habeas

corpus filings.").

   Nevertheless, "a district court may not entertain a habeas petition involving present

physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v.

U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004).  Because plaintiff's custodian is

not within this Court's territorial jurisdiction, his habeas claim may not be heard here.  In the

interest of justice, the Court will transfer the case.  Accordingly, it is this 29th day of May 2007,

      **ORDERED** that the parts of the Order of April 30, 2007 [Dkt. No. 4] assessing a partial

filing fee and directing subsequent payments toward the filing fee of $350.00 are **VACATED**; it

is

      **FURTHER ORDERED** that the Clerk shall <u>forward forthwith</u> a copy of this Order to

plaintiff's custodian, who shall make no further deductions from plaintiff's inmate trust fund

account toward the filing fee for this action; it is

      **FURTHER ORDERED** that all summonses are **QUASHED**; and it is

      **FURTHER ORDERED** that this case is **TRANSFERRED** to the United States District

Court for the Northern District of West Virginia.


                                    s/
                           —————————————————
                              JOHN D. BATES
                        United States District Judge