**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO:
Joe Driver Jr, Warden
POB 450 Skyview Drive
Bruceton Mils, W. Va. 26525

Civil Action, File Number CA-07-809 JDB

Lebert A. Gordon
V.
Joe Driver

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

[...complete th]e part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [... pur]pose. Keep copy 3 for your records.

[...ACK]NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [... or] other entity, you must indicate under your signature your relationship to that entity. If [... are] authorized to receive process, you must indicate under your signature your authority.

[...1 and] 2 of this form to the sender within ___ days, you (or the party on whose behalf you [... be] incurred in serving a summons and complaint in any other manner permitted by law.

[... o]f this form, you (or the party on whose behalf you are being served) must answer the [...they] were sent. If you fail to do so, judgment by default will be taken against you for the

[... This] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature *(USMS Official)*

[...]OF RECEIPT OF SUMMONS AND COMPLAINT

[... receiv]ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)